Richard I. Arshonsky, Esq. [SBN 155624]
rarshonsky@laklawyers.com
Anne C. Manalili, Esq. [SBN 193483]
acmecf@laklawyers.com
**LEVINSON ARSHONSKY & KURTZ, LLP**
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone:  (818) 382-3434
Facsimile: (818) 382-3433

Attorneys for Defendant PATRICK OAKES
And Defendant and Counterclaimant
NATIONWIDE TAX EXPERTS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN GRAUPNER and BEN GRAUPNER INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICK OAKES; and NATIONAL TAX EXPERTS f/k/a TAX RELIEF INC. d/b/a NATIONAL TAX EXPERTS,<br><br>Defendants. | CASE NO. 2:20-cv-07004-JWH-E<br><br>Assigned to Hon. John W. Holcomb<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Action Filed: August 4, 2020<br>Trial date:    September 12, 2022 |
| AND RELATED COUNTERCLAIM. | |

**TO THIS HONORABLE COURT:**

PLEASE TAKE NOTICE THAT pursuant to good faith negotiations between Plaintiffs and Counterdefendants Ben Graupner and Ben Graupner Incorporated (collectively, "Graupner") and Defendant Patrick Oakes and Defendant and Counterclaimant Nationwide Tax Experts, Inc. f/k/a Tax Relief, Inc. d/b/a National Tax Experts (collectively, "NTE") (hereafter, Graupner and NTE are collectively

1  referred to as the "Parties"), this entire action has been settled in all respects by
2  written agreement of the Parties (the "Settlement Agreement"), including all claims,
3  counterclaims, and attorneys' fees and costs, contingent on the Parties' full
4  performance under the Settlement Agreement.
5      The Parties request that the Court vacate all pending deadlines, hearings, and
6  the trial set by the Court's Civil Trial Scheduling Order (Doc. #91) and stipulate to the
7  Court retaining jurisdiction for the purposes of enforcing the terms of the Parties'
8  Settlement Agreement pending the filing, by the Parties, of a stipulation for dismissal
9  of the Complaint and Counterclaim which stipulation is estimated to be filed in
10 March, 2023, upon full performance of all obligations by the Parties per the
11 Settlement Agreement.

13 Dated: 4/22/2022        LEVINSON ARSHONSKY & KURTZ, LLP

15                         By: */s/ Anne C. Manalili*
                               ANNE C. MANALILI
16                             Attorneys for Defendant and PATRICK
                               OAKES and Defendant and Counterclaimant
17                             NATIONWIDE TAX EXPERTS, INC.

18 Dated: 4/22/2022        LAW OFFICES OF DAVID N. LAKE

19                         By: *David N. Lake*
                               DAVID N. LAKE
20                             Attorneys for Plaintiffs and Counterdefendants
                               Ben Graupner and Ben Graupner Incorporated
21

23 *\* Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed,*
24 *and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

# **CERTIFICATE OF SERVICE**

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles, State of California. My business address is 15303 Ventura Blvd., Suite 1650, Sherman Oaks, CA 91403.

☒ **(BY CM/ECF SYSTEM)** On the date below, I caused to be electronically filed the following document(s) described as: **NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** with the Clerk of the United States District Court of Central District of California, using the *CM/ECF* System. The Court's *CM/ECF* System will send an e-mail notification of the foregoing filing to the following parties (or on the attached service list) and counsel of record who are registered with the Court's *CM/ECF* System:

- **David N. Lake**
  david@lakelawpc.com

☐ **(BY EMAIL)** On the date below, I caused the following documents(s) described as: **NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** to be sent to the persons at the electronic notification addresses listed below (or on the attached service list). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2022 at Sherman Oaks, California.

Stacia McFadden                    /s/ Stacia McFadden
                                                       *Signature*